**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail: nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204-3211
Telephone: 503-417-0508
Fax: 503-417-0528
Local Counsel for Defendant Trans Union, LLC

**Sandra L. Davis, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
**Ian P. Goodman, Esq.** (Admitted *Pro Hac Vice*)
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sdavis@schuckitlaw.com
          igoodman@schuckitlaw.com
Lead Counsel for Defendant Trans Union, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| CARLOPI THOMASIAN,<br>          Plaintiff, | CASE NO. 3:12-cv-01435-HU |
| vs. | ORDER OF DISMISSAL<br>WITH PREJUDICE BETWEEN<br>PLAINTIFF AND DEFENDANT TRANS<br>UNION, LLC ONLY |
| WELLS FARGO BANK, N.A., a foreign legal entity; TRANS UNION LLC, a foreign company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation;<br>          Defendants. | |

Plaintiff Carlopi Thomasian, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

Page 1 – **PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Carlopi Thomasian against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Carlopi Thomasian and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: April 3, 2013

JUDGE, United States District Court,
District of Oregon

SUBMITTED BY:

*s/ Ian P. Goodman*
**Sandra L. Davis, Esq.**
(Admitted *Pro Hac Vice*)
**Ian P. Goodman, Esq.**
(Admitted *Pro Hac Vice*)
Telephone: 317-363-2400
**Counsel for Defendant Trans Union, LLC**

**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Counsel for Defendant Trans Union, LLC**

Distribution:

| | |
|---|---|
| Justin M. Baxter, Esq. justin@baxterlaw.com | Michael C. Baxter, Esq. michael@baxterlaw.com |
| Kristen L. Tranetzki, Esq. tranetzkik@lanepowell.com | Angela M. Taylor, Esq. angelataylor@jonesday.com |
| Reilley D. Keating, Esq. rdkeating@stoel.com | Pilar C. French, Esq. frenchp@lanepowell.com |
| Anthony M. Stark, Esq. starka@lanepowell.com | Jeffrey M. Edelson, Esq. JeffEdelson@MHGM.com |
| Robert E. Maloney, Jr, Esq. maloneyr@lanepowell.com | Sandra L. Davis, Esq. sdavis@schuckitlaw.com |
| Ian P. Goodman, Esq. igoodman@schuckitlaw.com | Nicholas J. Henderson, Esq. nhenderson@portlaw.com |

Page 2 – **PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**